John C. Stires et al., Appellees, v. Augustus E. Kindell et al. John S. Kindell et al., Appellants.

Gen. No. 6,421.   (Not to be reported in full.)

Appeal from the Circuit Court of Ogle county; the Hon. RICHARD S. FARRAND, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 23, 1917.

Statement of the Case.

Action by John C. Stires and others, plaintiffs, as assignees of notes, to recover on such notes against Augustus E. Kindell and John S. Kindell and others, defendants, the maker's devisees and executrix, under the statute of frauds and perjuries. From a judgment for plaintiffs for $556.14 and also of *quando acciderint* as to the executrix, all defendants except Augustus E. Kindell, appeal, the executrix appealing only in her right as a devisee.

LYMAN DEXTER and FRANK E. REED, for appellants.

HENRY A. SMITH, for appellees.

MR. JUSTICE DIBELL delivered the opinion of the court.

Abstract of the Decision.

1. PLEADING, § 89*—*when plea in bar is bad as to all defendants.* A plea by all the defendants praying a judgment in bar as to all, but in the body thereof conceding that the plaintiff was entitled to judgment against one, *held* bad, on demurrer, both as to the defendant against whom plaintiff was conceded to be entitled to judgment, and as to all defendants, regardless of the question of the '  ".

2. APPEAL AND ERROR, § 1327*—*what presumed in absence of bill of exceptions.* In the absence of a bill of exceptions a judgment will be presumed to be justified by the pleadings upon which issue was joined.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.